# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | CASE NO. 1:06-cv-01120-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| SURYDEVARA, | |
| Defendant. | (Doc. 16) |

Plaintiff Cecilia Fraher ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 21, 2006. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendant Suryadevara for acting with deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] On March 14, 2007, plaintiff's Eighth Amendment claim against defendant Suryadevara arising from Dr. Ashraf's medical report containing false information and defendant Spaeder's statement to plaintiff were dismissed for failure to state a claim upon which relief may be granted against them under section 1983, and defendants Patrick, Tilton, Dovey, Sillen, Schwarzenegger, Iyer, Cane, Karr, Bennie, Orong, Heskitt, and Spaeder were dismissed based on plaintiff's failure to state any claims upon which relief may be granted against them under section 1983.  (Doc. 16.)

1. Service is appropriate for the following defendant:

    DR. SAMPATH SURYADEVARA

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed October 23, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed amended complaint filed October 23, 2006.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.


IT IS SO ORDERED.

Dated:   **March 21, 2007**          /s/ **Dennis L. Beck**
3b142a                              UNITED STATES MAGISTRATE JUDGE