1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   CECILIA FRAHER,                              CASE NO. 1:06-cv-01120-AWI-NEW (DLB) PC

10                       Plaintiff,              ORDER DENYING MOTION TO SUBMIT
                                                 ADDITIONAL EVIDENCE
11           v.
                                                 (Doc. 17)
12   SURYDEVARA,

13                       Defendant.
     _____/
14

15          Plaintiff Cecilia Fraher ("plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 19, 2007, plaintiff filed

17   a motion seeking leave to submit additional evidence in support of her claims.

18          The federal system is one of notice pleading, and it is unnecessary at this stage of the

19   litigation for plaintiff to be submitting documentary evidence in support of her claim.  Fed. R. Civ.

20   P. 8(a).  The court cannot serve as a repository for the parties' evidence (e.g., prison or medical

21   records, witness affidavits, etc.).  The parties may not file evidence with the court until the course

22   of litigation brings the evidence into question (for example, on a motion for summary judgment, at

23   trial, or when requested by the court).  Further, although parties may attach exhibits to their pleadings

24   if they choose, the exhibits must be attached at the time of submission.  Fed. R. Civ. P. 10(c).

25   Plaintiff may not later add exhibits to her complaint, piecemeal.

26   ///

27   ///

28   ///

1

1     Accordingly, plaintiff's motion for leave to submit additional evidence in support of her

2 claim, filed March 19, 2007, is HEREBY DENIED.

3

4    IT IS SO ORDERED.

5    **Dated:**   **March 21, 2007**       **/s/ Dennis L. Beck**

3b142a                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28