# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | CASE NO. 1:06-cv-01120-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER STRIKING MOTION FOR APPOINTMENT OF COUNSEL AS DUPLICATIVE OF MOTION ADDRESSED BY COURT IN ORDER FILED AUGUST 15, 2007 |
| v. | |
| SURYDEVARA, | |
| Defendant. | (Doc. 31) |

Plaintiff Cecilia Fraher ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2007, plaintiff filed a motion seeking the appointment of counsel. The motion was dated and mailed on July 5, 2007. The motion was denied by the court in an order filed on August 15, 2007. On August 15, 2007, plaintiff mailed another motion for the appointment of counsel, dated July 5, 2007.

It is apparent from the record that plaintiff mailed her motion for the appointment of counsel a second time without waiting for the court to rule on the first motion she filed. The court ruled on the first motion on August 15, 2007, and the second motion is therefore ORDERED STRICKEN from the record as duplicative.

IT IS SO ORDERED.

Dated:   **August 22, 2007**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1