# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | CASE NO. 1:06-cv-01120-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER DENYING SECOND MOTION FOR RECONSIDERATION |
| v. | (Doc. 27) |
| SURYDEVARA, | |
| Defendant. | |

Plaintiff Cecilia Fraher ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 4, 2007, plaintiff filed a motion seeking review of enclosed California Victim Compensation and Government Claims Board documents and reconsideration of the Court's order of March 14, 2007, as requested in her motion of April 9, 2007.

On March 14, 2007, the Court denied plaintiff's motion seeking leave to amend, *without prejudice*, based in part on plaintiff's failure to allege compliance with California's Tort Claims Act. Plaintiff's motion for reconsideration of the order, filed April 9, 2007, was denied by the Court on May 29, 2007. The Court declines to reconsider its earlier orders based on plaintiff's evidence regarding recent correspondence with the Claims Board. Fed. R. Civ. P. 60(b)(6); Local Rule 78-230(k). Plaintiff is not without recourse. If plaintiff wishes to amend to add a state law tort claim

///
///
///

1

based on recent exhaustion, her recourse is to file a motion seeking leave to amend, served on defendant's counsel.[1]  Fed. R. Civ. P. 15(a).

Based on the foregoing, plaintiff's motion for reconsideration, filed June 4, 2007, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   August 31, 2007**             /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

---

[1] Defendant made an appearance in this action on May 29, 2007.