# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>    Plaintiff,<br><br>    v.<br><br>SURYADEVARA, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:06-cv-01120-AWI-GSA PC<br><br>ORDER DIRECTING DEFENDANT SURYADEVARA TO FILE A RESPONSE TO THE SECOND AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 39) |

   Plaintiff Cecilia Fraher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law.  Pending before the Court is Plaintiff's second amended complaint, filed March 7, 2008.  Pursuant to the Court's order of February 14, 2008, Defendant Suryadevara was relieved of his obligation to file a response pending screening by the Court.

   Pursuant to 28 U.S.C. § 1915A, the Court has screened the second amended complaint and, separate from this order, found service appropriate on Defendants Spaeder and Ashraf, and recommended that Plaintiff's Eighth Amendment claims against Defendants Spaeder, Ashraf, and Iyer be stricken.  The second amended complaint alleges an Eighth Amendment claim and a negligence claim against Defendant Suryadevara.  The claims are sufficiently pled to withstand scrutiny under Federal Rule of Civil Procedure 8(a), and Defendant Suryadevara is HEREBY

///

///

ORDERED to file a response to the second amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **May 6, 2008**                              /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE