IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | 1:06-cv-01120-AWI-GSA PC |
| Plaintiff, | ORDER STRIKING DUPLICATIVE MOTION FOR APPOINTMENT OF COUNSEL |
| vs. | |
| SURYADEVARA, et al., | (DOCUMENT #47) |
| Defendants. | |
| _____/ | |

  On May 5, 2008, Plaintiff filed a motion seeking the appointment of counsel. Plaintiff filed the motion without awaiting the Court's ruling on her motion filed February 19, 2008. Plaintiff is referred to the Court's order issued on May 6, 2008, which addressed that pending motion. The motion for counsel filed on May 5, 2008 is HEREBY STRICKEN from the record as seeking relief duplicative of that addressed by the Court in its order of May 6.

  IT IS SO ORDERED.

   Dated:   **May 12, 2008**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE