# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SURYADEVARA, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:06-cv-01120-AWI-GSA PC<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT<br><br>(Doc. 53) |

On June 16, 2008, Plaintiff filed a motion seeking leave to file a supplemental exhibit in support of her objections to the recommendation that her motion for preliminary injunctive relief be denied. Good cause having been shown, Plaintiff's motion is HEREBY GRANTED and the supplemental exhibit will be considered by the Court.

IT IS SO ORDERED.

Dated: **June 19, 2008**　　　　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1