# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>    Plaintiff,<br><br>    v.<br><br>SURYDEVARA, et al.,<br><br>    Defendants. | CASE NO. 1:06-cv-01120-AWI-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND STRIKING EIGHTH AMENDMENT CLAIMS AGAINST IYER, SPAEDER, AND ASHRAF FROM SECOND AMENDED COMPLAINT<br><br>(Docs. 39 and 44) |

Plaintiff Cecilia Fraher ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 6, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed an Objection on June 2, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. The objections do not discuss the rationale of the Magistrate Judge, namely that Plaintiff added claims in her amended Petition without seeking leave from the Court. As a general rule, "an amendment that has been filed or served without leave of court or consent of the defendants is without legal effect." Murray v. Archambo, 132 F.3d 609, 612 (10th Cir. 1998). Since Plaintiff was given permission to include only

1

negligence claims in her amended complaint, her inclusion of further Eighth Amendment claims was done without permission.  The Magistrate Judge's analysis is correct.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 6, 2008, is adopted in full;
2. Plaintiff's Eighth Amendment claims against Defendants Iyer, Spaeder, and Ashraf are stricken from the second amended complaint on the ground that they were previously dismissed from this action for failure to state a claim; and
3. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   July 11, 2008**              /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE