1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   CECILIA FRAHER,                          CASE NO. 1:06-cv-01120-AWI-GSA PC

10                    Plaintiff,              ORDER AMENDING DISCOVERY AND
                                             PRETRIAL DISPOSITIVE MOTION
11        v.                                 DEADLINES

12   SURYDEVARA, et al.,                     (Docs. 26 and 37)

13                    Defendants.            Discovery Cut-Off Date - 01/12/2009
                                             Dispositive Motion Deadline - 03/12/2009
14   _____/

15
16        In accordance with the Court's order filed on February 14, 2008, the discovery and

17   scheduling order filed on May 31, 2007, is HEREBY AMENDED as follows:

18        1.    The deadline for the completion of all discovery, including filing motions to compel,

          is January 12, 2009; and

19
20        2.    The deadline for filing pre-trial dispositive motions is March 12, 2009.

21
22   IT IS SO ORDERED.

     **Dated:   July 17, 2008**          _____ **/s/ Gary S. Austin** _____
23                                             UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

                                              1