1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8
9  CECILIA FRAHER,                          CASE NO. 1:06-cv-01120-AWI-GSA PC

10              Plaintiff,                   ORDER DISREGARDING OBJECTION TO
                                            ORDER ADOPTING FINDINGS AND
11       v.                                 RECOMMENDATIONS

12  SURYDEVARA,                             (Doc. 60)

13              Defendant.
                                    /
14

15          On August 8, 2008, Plaintiff filed an Objection to the Court's Order adopting Findings and

16  Recommendations.  (Docs. 44, 55, 60.)  Plaintiff is entitled to file an Objection to the Findings and

17  Recommendations, and she did so.  (Doc. 51.)  Plaintiff's Objection to the Order adopting the

18  Findings and Recommendations is not a recognized filing, and it shall be HEREBY

19  DISREGARDED.

20
21
22          IT IS SO ORDERED.

23      Dated:   **August 24, 2008**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1