# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SURYDEVARA, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:06-cv-01120-AWI-GSA PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION WITHIN TWENTY DAYS<br><br>(Doc. 74) |

　　　On February 6, 2009, Plaintiff Cecilia Fraher, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking a preliminary injunction prohibiting the delay of her medical care, and mandating compliance with the reports and recommendations of the cardiologist. Defendants did not file an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).

　　　Defendants are HEREBY ORDERED to file a response to Plaintiff's motion within **twenty (20) days** from the date of service of this order.

　　　IT IS SO ORDERED.

　　　Dated:　**March 11, 2009**　　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1