# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | CASE NO. 1:06-cv-01120-AWI-GSA PC |
| Plaintiff, | ORDER FINDING APPOINTMENT OF COUNSEL WARRANTED, AND SETTING MATTER FOR STATUS HEARING |
| v. | |
| SURYDEVARA, et al., | Date: July 2, 2009<br>Time: 10:00 a.m. |
| Defendants. | Courtroom: 10 (GSA) |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Therefore, the court intends to appoint counsel and set this matter for a status hearing. Tracey Gallagher has been selected by random draw from the court's attorney panel. Both parties shall appear by counsel at the status hearing and be prepared to discuss how this matter should proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. Tracey Gallagher shall notify shall notify Sujean Younger, ADR and Pro Bono Program Director, at 916-930-4278, if she is unable to accept appointment in this matter, or if she has any questions related to the appointment.

2. This matter is set for a status hearing at 10:00 a.m. on July 2, 2009 before the undersigned in Courtroom #10. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

///

///

1

3. The Clerk of the Court is directed to serve a copy of this order upon Tracey Gallagher, Kern County Public Defender, 400 N. China Lake Boulevard, Ridgecrest, CA 93555.

IT IS SO ORDERED.

Dated: **May 20, 2009**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE