# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>    Plaintiff,<br><br>  v.<br><br>SURYDEVARA, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-01120-AWI-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO FINDINGS AND RECOMMENDATION FILED MAY 15, 2009<br><br>(Doc. 90)<br><br>Objection Deadline:  July 2, 2009<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>(Doc. 95)<br><br>ORDER VACATING SCHEDULING ORDERS PENDING STATUS CONFERENCE SET FOR JULY 2, 2009<br><br>ORDER DIRECTING PLAINTIFF'S COUNSEL TO NOTIFY COURT WITHIN TWENTY DAYS WHETHER OR NOT PLAINTIFF WISHES TO WITHDRAW HER PENDING MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. 74) |

  This is a civil action filed pursuant to 42 U.S.C. § 1983 and California tort law by Plaintiff Cecilia Fraher, a state prisoner. The action is proceeding on Plaintiff's second amended complaint, filed March 7, 2008, against Defendant Suryadevara for violation of the Eighth Amendment of the

///

United States Constitution, and against Defendants Suryadevara, Ashraf, and Spaeder on Plaintiff's state law negligence claims.

## I.    Plaintiff's Motions for Extension of Time and Counsel

On May 29, 2009, Plaintiff, proceeding pro se at that time, filed a motion seeking an extension of time to file an objection to the recommendation that Defendant Ashraf's motion to strike be granted. The recommendation was filed on May 15, 2009, and provided a thirty-day objection period. Plaintiff also filed a motion seeking the appointment of counsel.

The Court will extend the objection period to July 2, 2009.

Plaintiff's motion for counsel is now moot. The Court previously found the appointment of counsel warranted in this case, and John Garland, Esquire, is now attorney of record for Plaintiff. All future filings must be made by and through Plaintiff's counsel, and Plaintiff is notified that after courtesy service of this order on her at CCWF, service of future orders and other filings will be made on her counsel only.

## II.    Scheduling Orders

In light of the appointment of counsel for Plaintiff, the scheduling orders are vacated. The parties shall be prepared to discuss dates for an amended scheduling order at the hearing set for July 2, 2009.

## III.    Plaintiff's Motion for a Preliminary Injunction

Finally, Plaintiff's counsel is directed to notify the Court within twenty days whether or not Plaintiff wishes to withdraw her pending motion for a preliminary injunction, filed February 6, 2009.

## IV.    Order

As set forth herein, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, filed May 29, 2009, is GRANTED, and the objection period is extended to **July 2, 2009**, for all parties;
2. Plaintiff's motion for the appointment of counsel, filed May 29, 2009, is DENIED as moot;
3. All previously issued scheduling orders are VACATED, and an amended scheduling order will be issued following the status conference set for July 2, 2009;

4. Within **twenty (20) days** from the date of service of this order, Plaintiff shall notify the Court whether or not she wishes to withdraw her motion for preliminary injunctive relief, filed February 6, 2009; and

5. The Clerk's Office shall mail a courtesy copy of this order to Plaintiff at CCWF.


IT IS SO ORDERED.

**Dated:**    **June 2, 2009**            /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE