# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>          Plaintiff,<br><br>   v.<br><br>SURYDEVARA, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:06-cv-01120-AWI-GSA PC<br><br>ORDER SETTING MOTION FOR PRELIMINARY INJUNCTION FOR HEARING, AND REQUIRING PARTIES TO FILE SUPPLEMENTAL BRIEFING<br><br>Date:      August 17, 2009<br>Time:     1:30 p.m.<br>Courtroom:  2 (AWI) |

      This is a civil action filed pursuant to 42 U.S.C. § 1983 and California tort law by Plaintiff Cecilia Fraher, a state prisoner. The action is proceeding on Plaintiff's second amended complaint, filed March 7, 2008, against Defendant Suryadevara for violation of the Eighth Amendment of the United States Constitution, and against Defendants Suryadevara, Ashraf, and Spaeder on Plaintiff's state law negligence claims.

      On February 6, 2009, Plaintiff, then proceeding pro se, filed a motion seeking a preliminary injunction. On June 4, 2009, following the appointment of counsel for Plaintiff, the Court directed Plaintiff to notify the Court whether or not she wished to withdraw the pending motion for a preliminary injunction. On June 22, 2009, Plaintiff notified the Court that she did not wish to withdraw her motion and requested the matter be set for hearing.

      Accordingly, it is HEREBY ORDERED that:

1.     Plaintiff's motion for preliminary injunctive relief is set for hearing before the Honorable Anthony W. Ishii on August 17, 2009, at 1:30 p.m. in Courtroom 2;

2. Plaintiff shall file supplemental briefing in support of her motion on or before July 20, 2009; and

3. Defendants shall file supplemental briefing in support of their opposition on or before August 10, 2009.

IT IS SO ORDERED.

**Dated:   June 30, 2009**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE