# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | CASE NO. 1:06-cv-01120-AWI-GSA PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION |
| v. | |
| SURYDEVARA, et al., | |
| Defendants. / | |

Plaintiff Cecilia Fraher is a state prisoner who was proceeding pro se in this civil rights action, filed pursuant to 42 U.S.C. § 1983 and California tort law. Plaintiff is now represented by counsel in this action. Therefore, the Clerk of the Court is DIRECTED to change the administrative designation of the present case to reflect that of a regular civil action (440), and the new case number shall be 1:06-cv-01120-AWI-GSA.

IT IS SO ORDERED.

Dated:  July 9, 2009           /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE

1