# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>SAMPATH KUMAR SURYADEVARA, M.D., et al.,<br><br>　　　　Defendant(s). | Case No. 1:06-CV-01120-AWI-GSA<br><br>**ORDER TO EXTEND THE EXPERT DISCOVERY DEADLINE** |

Pursuant to the stipulation of the parties filed on July 23, 2010, the expert discovery deadline in this case is extended until October 8, 2010.

**IT IS SO ORDERED**.

Dated: July 29, 2010                    s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　Gary S. Austin
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

PDF created with pdfFactory trial version www.pdffactory.com