1

2

3

4

5

6 # UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8

9 CECILIA FRAHER,                )     1:06-cv-01120 AWI GSA
                                 )
10         Plaintiff,            )     **ORDER DISCHARGING ORDER TO**
                                 )     **SHOW CAUSE IN LIGHT OF**
     v.                          )     **VOLUNTARY DISMISSAL**
11                               )
   SURYADEVARA, et al.,          )     (Document 136)
12                               )
                                 )
13         Defendants.           )
                                 )
14 _____)

15      On July 28, 2010, this Court issued an Order To Show Cause regarding Plaintiff's failure

16 to file proof of service of the third amended complaint on named defendant the Estate of Nancy

17 Spaeder, R.N., *Deceased*, as more than 120 days had passed following filing of the third

18 amended complaint.  Plaintiff was to file a written response no later than August 11, 2010.

19 (Doc. 136.)

20      On July 31, 2010, Plaintiff filed a Notice of Voluntary Dismissal, pursuant to Rule

21 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismissing her claims, as alleged in the

22 third amended complaint, against the Estate of Nancy Spaeder, R.N.  (*See* Doc. 138.)

23      In light of the foregoing, the Order To Show Cause is hereby DISCHARGED.

24

25 IT IS SO ORDERED.

26 **Dated:   August 2, 2010**          _____/s/ **Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE
27

28                                    1