1  Ovidio Oviedo, Jr., No. 210311
   LAW OFFICE OF OVIEDO TOOKOIAN, LLP
2  2350 W. Shaw Avenue, Suite 105
   Fresno, CA 93711
3  Telephone: (559) 226-6200
   Facsimile: (559) 432-5543
4
   Attorneys for Defendant:
5  **SAMPATH KUMAR SURYADEVARA, M.D.**

FILED

SEP 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| CECILIA FRAHER, | CASE NO. 1:06-cv-01120 AWI-MJS - PC |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE DATES AND ORDER THEREON** |
| v. | |
| SAMPATH KUMAR SURYADEVARA, M.D., et al., | |
| Defendants. | Trial Date:   12/07/2010<br>Courtroom:  2<br>Judge:  Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and among, Defendant, Sampath Kumar Suryadevara, M.D., by his counsel Ovidio Oviedo, Jr.; and Plaintiff, Cecilia Fraher, by her counsel, John F. Garland, that the trial in United States Eastern District Court of California, Fresno Division Case No. 1:06-cv-01120, *Fraher v. Suryadevara, et al.*, currently scheduled for December 7, 2010, be continued to April 18, 2011.

**IT IS FURTHER STIPULATED** between the parties that the pre-trial conference also be continued to Wednesday, March 9, 2011 at 8:30 a.m., in Department 2.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: September 21, 2010 | LAW OFFICE OF OVIEDO TOOKOIAN, LLP |
| 2 | | |
| 3 | | By: /s/ Ovidio Oviedo, Jr. |
| 4 | | Ovidio Oviedo, Jr., Attorney for Defendant above-named. |
| 5 | | |
| 6 | | |
| 7 | Dated: September 21, 2010 | LAW OFFICE OF JOHN F. GARLAND |
| 8 | | |
| 9 | | By: /s/ John F. Garland |
| 10 | | John F. Garland Attorney for Plaintiff above-named. |
| 11 | | |
| 12 | | |
| 13 | **IT IS SO ORDERED.** | |
| 14 | | |
| 15 | Dated: 9-24-10 | By: _____ Hon. Anthony W. Ishii |

LAW OFFICE OF
OVIEDO TOOKOIAN, LLP
2350 W. Shaw Ave., Ste. 105
Fresno, CA 93711

Stipulation to Continue Trial Date

2

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am over the age of eighteen (18) and not a party to this action; my business address is 2350 W. Shaw Ave., Ste. 105, Fresno, CA 93711, which is located in the county where the mailing described below took place.

On September 21, 2010, at Fresno, California, I served a true copy of **STIPULATION TO CONTINUE TRIAL DATE AND OTHER PRE-TRIAL DATES** in a sealed envelope addressed as follows to the parties to the within action described as:

| ATTORNEY | PARTY |
|---|---|
| John F. Garland<br>1713 Tulare Street, Suite 221<br>Fresno, CA 93721 | Cecilia Fraher, Plaintiff |

| | | |
|---|---|---|
| X | Placed for Mailing: | I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service of the firm. The practice is to deposit correspondence with the United States Postal Service the same day it is placed for mailing in the ordinary course of business. I placed the envelope(s), with postage prepaid, [__ marked Express Mail] for collection and processing for mailing following said practice. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personally Mailed: | I deposited the envelope(s), with postage prepaid, [__ marked Express Mail] with the United States Postal Service. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personal Service: | I delivered said envelope(s) by hand to the address(es) listed above. (Code Civ. Proc., § 1011.) |
| __ | Facsimile: | I served said document via facsimile transmission to the number(s) listed above. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | State: | I declare under penalty of perjury under the laws of the State of California that the foregoing is true & correct. |
| X | Federal: | I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. |

Executed on September 21, 2010, at Fresno, California.

/s/ Tony Stevens
_____
TONY STEVENS

LAW OFFICE OF
OVIEDO TOOKOIAN, LLP
2350 W. Shaw Ave., Ste. 105
Fresno, CA 93711

Stipulation to Continue Trial Date