

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CECILIA FRAHER | |
|---|---|
| Plaintiff(s) | No. 1:06-CV-01120-AWI-MJS |
| vs. | |
| SURYADEVARA, ET AL. | REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT |
| Defendants. | |

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, JOHN F. GARLAND, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on JUNE 1, 2009, by the Honorable GARY S. AUSTIN, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Photocopies of all Plaintiff's medical records obtained by subpoena by Defendant Ashraf's counsel. Ashraf's counsel has informed me that the Plaintiff's medical records in their possession consists of 2,363 pages; the cost per copy is $.20 and the labor cost to photocopy the records is $10.00 per hour with an eight hour estimate. Authorization to incur costs in the amount of $552.60 [ $472.60 (copies) plus $80.00 (labor)] is requested.
>
> Counsel has also requested copies of Plaintiff's medical records from U.C. Davis Medical Center. The records department has advised counsel that the costs for these is $113.23. (Number of copies not disclosed to counsel). Authorization to incur costs in the amount of $113.23 is requested.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 675.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:06-CV-01120-AWI-MJS

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of September, 20 10, at Fresno, California.

John F. Garland    /s/ John F. Garland

Attorney for Plaintiff(s)

The above expenditure is   X   Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 9/23/10

_____
United States District Judge/Magistrate