1  JOHN F. GARLAND  #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone:  (559) 497-6132
4  Facsimile:   (559) 445-1380

5  Attorney for Plaintiff,
   CECILIA FRAHER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER,           )<br>                                     )<br>       Plaintiff,                )<br>                                     )<br>       v.                           )<br>                                     )<br>SURYADEVARA, et al.   )<br>                                     )<br>       Defendant.            )<br>_____) | Case No.  1: 06-CV-01120-AWI-MJS<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT SURYADEVARA'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION AND ORDER THEREON** |

   Plaintiff, CECILIA FRAHER, by and through her counsel, John F. Garland, and defendant, SAMPATH KUMAR SURYADEVARA, by and through his counsel, Ovidio Oviedo, Jr., hereby stipulate to continue the hearing on defendant SURYADEVARA's motion for summary judgment or in the alternative summary adjudication from October 12, 2010 to **November 8, 2010** at **1:30 p.m.** in Courtroom Two of the above Court. This continuance is necessary to allow plaintiff's counsel sufficient time to obtain additional discovery necessary to prepare plaintiff's opposition to defendant's motion for summary judgment.


Dated: September 27, 2010                                     /s/ John F. Garland
                                                                              John F. Garland
                                                                           Attorney for Plaintiff
                                                                             CECILIA FRAHER

1  Dated: September 27, 2010                    LAW OFFICE OF OVIEDO TOOKOIAN, LLP

                                                By:  /s/ Ovidio Oviedo, Jr.
                                                     Ovidio Oviedo, Jr.
                                                     Attorney for Defendant
                                                     SAMPATH  KUMAR  SURYADEVARA

## ORDER

**GOOD CAUSE APPEARING**, based on the stipulation of the parties,

**IT IS HEREBY ORDERED** that the hearing on defendant Survadevara's motion for summary judgment or in the alternative summary adjudication is continued to November 8, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   October 27, 2010                       _____
                                                CHIEF UNITED STATES DISTRICT JUDGE

2