

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CECILIA FRAHER

        Plaintiff(s)

vs.

SURYADEVARA, ET AL.

        Defendants.

No. 1:06-cv-1120-AWI-MJS

AMENDED REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, John F. Garland, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on June 1, 2009, by the Honorable Gary S. Austin, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Photocopies of all Plaintiff's medical records obtained by subpoena by Defendant Ashraf's counsel. Ashraf's counsel has informed me that the Plaintiff's medical records in their possession consists of 2,363 pages; the cost per copy is $0.20 and the labor cost to photocopy the records is $10.00 per hour with an eight hour estimate. Authorization to incur costs in the amount of $552.60 [$472.60 (copies) plus $80.00 labor)] is requested. Counsel has also requested copies of Plaintiff's medical records from U.C. Davis Medical Center. The records department has advised counsel that the costs for these is $113.23. (Number of copies not disclosed to counsel). Authorization to incur costs in the amount of $113.23 is requested.
> The amount previously approved by the Court was based on an estimate which did not include the $30.00 cost of shipping & handling or 9% sales tax of $38.54.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 700.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:06-cv-1120-AWI-MJS

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $113.23 | Plaintiff's medical records from U.C. Davis Medical Center | $113.23 |
| $552.60 | Plaintiff's medical records from Defendant Ashraf's counsel | $576.81 |
|  | Note: Amount approved by te Court was based on estimate which did |  |
|  | not include cost of $30.00 shipping & handling or 9% sales tax of $38.54. |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of October, 20 10, at Fresno, California.

*John F Garland*

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved  _____ Denied

Or.

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 11/2/10

United States District Judge/Magistrate



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CECILIA FRAHER

Plaintiff(s)

vs.

SURYADEVARA, ET AL.

Defendants.

No. 1:06-CV-01120-AWI-MJS

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

DECLARATION OF PRO BONO INCURRED COSTS/EXPENSES PAID

Part II

After securing court approval and after incurring the approved cost, complete this part of the form and return it to the clerk of the court with two copies.

To the clerk of the above-entitled court:

I declare under penalty of perjury that I have completed the action contemplated above, that I have incurred actual cost in the amount of $ 690.04, and that I have paid that cost.

I therefore request reimbursement of this cost. I understand and agree that this cost will be reimbursed out of any recovery or settlement resulting from this action.

Signed this 22 day of October, 20 10, at Fresno, California.

John F. Garland    *John F. Garland* (signature)

Attorney for Plaintiff(s)